**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00603-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JULIO MORALES-MEDINA,

        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Morales-Medina is set **Monday, January 3, 2011 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.
     An interpreter is required.

Dated:  December 20, 2010
___