**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00603-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JULIO MORALES-MEDINA,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm dates set at the status/scheduling hearing held January 3, 2011 regarding Defendant Morales-Medina:

     -Defendant's motions shall be filed by Friday, January 7, 2011.

     -Jury trial for four (4) days is set **Monday, February 7, 2011 at 9:00 a.m.** Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     -Trial preparation conference is set **Thursday, February 3, 2011 at 9:00 a.m.**

     -The following shall be filed by Wednesday, February 2, 2011: witness lists, exhibit lists, proposed voir dire questions, and proposed jury instructions.  Counsel may file pretrial memoranda on evidentiary issues.

     -A further status conference is set **Tuesday, January 11, 2011 at 9:30 a.m.** Defendant's presence is required.  An interpreter is required.

Dated:  January 4, 2011