**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00603-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JULIO MORALES-MEDINA,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition filed January 6, 2011 (Doc 16), a change of plea hearing regarding Defendant Morales-Medina is set **Friday, January 21, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

      The status hearing set **January 11, 2011**, the trial preparation conference set **February 3, 2011**, and the trial set **February 7, 2011 are VACATED**.

Dated:  January 10, 2011
_____