**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00603-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JULIO MORALES-MEDINA,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to oral request of both counsel, the change of plea hearing regarding Defendant Morales-Medina set **Friday, January 21, 2011 is VACATED and RESET for Thursday, January 27, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  January 19, 2011