**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00603-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JULIO MORALES-MEDINA,

        Defendant.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to oral request of both counsel, the change of plea hearing regarding Defendant Morales-Medina set **Thursday, January 27, 2011 is VACATED and RESET for Thursday, February 3, 2011 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.  An interpreter is required.

Dated:  January 25, 2011

---